IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTONIO ROJAS LARA, : 
                *Petitioner,* :
  :
    v. : **CIVIL NO. 26-3183**
  :
J.L. JAMISON et al., :
                *Respondents.* :

## ORDER

**AND NOW,** this **18th** day of **May 2026,** upon consideration of Antonio Rojas Lara's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Rojas Lara from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on May 18, 2026.

2. The Government is enjoined from detaining Mr. Rojas Lara under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
HONORABLE KAI N. SCOTT
**United States District Court Judge**